

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JUL 16 2003

| | | |
|---|---|---|
| REBECCA REMELY<br>     Plaintiff, | §<br>§<br>§ | |
| VS. | § | Case No. 3 01CV 2658-K |
| ETAN GENERAL, INC., et al.,<br>     Defendants. | §<br>§<br>§<br>§ | |

## MEDIATION REPORT

**TO THE HONORABLE UNITED STATES DISTRICT COURT**

Manuel H. Newburger, court-appointed mediator, hereby submits his report to the Court.

The parties convened in Dallas, Texas, to mediate in accordance with the Court's order. Plaintiff appeared in person and with one of her attorneys of record and Defendant sent a corporate representative with settlement authority and two of its attorneys.

The mediation lasted one full day, at the end of which the parties reached an agreement (subject to Court approval) to settle on a class-wide basis. As an attorney experienced in class action matters, the mediator is pleased to report that there was no evidence of collusion in reaching a class settlement, that the mediation was a hard-fought, arms length negotiation, and that the attorneys for the parties were zealous, but professional advocates for their clients.

Respectfully submitted,

BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837
(512) 476-9103
Fax: (512) 476-9253

By: _____
Manuel H. Newburger
State Bar No. 14946500

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on the following attorneys of record by facsimile transmission on this, the 15 day of July, 2003, addressed as follows:

Peter F. Barry
The Barry law Office Lt.
342 East County Road D
St. Paul, MN  55117
Fax: (651) 501-8800

Stephen H. Gardner
Law Office of Stephen Gardner
6060 N Central Expwy Ste 560
Dallas, TX  75206
(214) 800-2834

Keith Wier
Daw & Ray
Coastal Banc Plaza
5718 Westheimer, Ste 1750
Houston, TX  77057
(713) 266-3188

_____
Manuel H. Newburger